**Order entered August 15, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00640-CV**

**PIPELINE HEALTH, LLC, ET AL., Appellants**

**V.**

**SADKIKA SEEGAN, ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-22-01842**

## ORDER

Before the Court is appellees' August 11, 2022 unopposed motion for an extension of time to file their brief. We **GRANT** the motion and extend the time to **August 30, 2022**.

/s/    KEN MOLBERG
        JUSTICE